**Appeal Dismissed and Memorandum Opinion filed January 24, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00875-CV

### ANTHONY WELCH, Appellant

### V.

### WELLS FARGO BANK, Appellee

**On Appeal from County Court at Law No. 5
Fort Bend County, Texas
Trial Court Cause No. 18-CCV-062327**

### M E M O R A N D U M    O P I N I O N

This is an appeal from a final judgment signed October 4, 2018. Appellant's brief was due November 19, 2018. No brief or motion for extension of time to file the brief was filed.

On November 29, 2018, the court ordered appellant to filed a brief by December 19, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.